UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ 16-040 |
| v. | DETENTION ORDER |
| NICHOLAS ROBERT FAISON, | |
| Defendant. | |

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:     February 8, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record that includes failures to appear for court proceedings and violation of court-ordered supervision. A convicted felon, he is charged with possessing a .22 caliber revolver in violation of law. He has an outstanding warrant from Burien,

DETENTION ORDER
PAGE - 1

Washington.

2. Defendant does not have a viable release address. He does not oppose entry of an order of detention.

3. Defendant poses a risk of nonappearance due to residential instability, a history of failing to appear, a history of noncompliance while under supervision, pending charges in state court, substance use history, mental history, and outstanding warrants. He poses a risk of danger due to criminal history, substance abuse history, and previous failures to comply with the conditions of court supervision.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>8th</u> day of February, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3